

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00579-CV

Joseph **FAZIO**,
Appellant

v.

**SOUTH TEXAS BLOOD AND TISSUE CENTER, INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19475
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellee South Texas Blood and Tissue Center, Inc. recover its costs of this appeal from appellant Joseph Fazio.

SIGNED May 1, 2013.

_____
Marialyn Barnard, Justice